*John C. Drapp III*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided June 17, 2008

### STATE OF CONNECTICUT *v.* MICHAEL G.

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 562 (AC 27665), is denied.

*Cameron R. Dorman*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 17, 2008

### KOTTAYAM NATARAJAN *v.* BARBARA NATARAJAN

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 381 (AC 28243), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne*, in support of the petition.

*Steven R. Dembo*, in opposition.

Decided June 17, 2008